**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

B15050138

IN RE:

Batool H. Musvi;

]  Case Number 15-10771
]  CH 13
]  Judge Timothy A. Barnes
]
]
]
]

## NOTICE OF MOTION

TO:   Batool H. Musvi, 1372 Lorraine Place, Schaumburg, IL 60173

Syed Musvi, 1514 Revere Circle, Schaumburg, IL 60193

Nathan C. Volheim, 900 Jorie Blvd Suite 150, Oak Brook, IL 60523

Marilyn O. Marshall, 224 South Michigan Avenue, Suite 800, Chicago, IL 60604

PLEASE TAKE NOTICE that on July 13, 2015, at 9:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Timothy A. Barnes or any judge sitting in his stead, in the courtroom usually occupied by his in Room 613 at 219 S. Dearborn Street, Chicago, IL 60604, and move to present the attached motion.

/s/ Crystal Sava
Attorney for Creditor

**PROOF OF SERVICE BY MAIL**

THE UNDERSIGNED, being first duly sworn on oath, deposes and says that he served a copy of this notice by mailing a copy to the above named parties at the above named addresses and depositing the same in the U.S. Mail at Naperville, Illinois 60563, with postage prepaid, on July 1, 2015.

/s/ Thomas Girard

ANSELMO LINDBERG OLIVER LLC
1771 W. Diehl Road, Suite 120
Naperville, IL  60563-4947
630-453-6960   866-402-8661   630-428-4620 (fax)

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**                                                BK030

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

B15050138

IN RE:

Batool H. Musvi;

]  Case Number 15-10771
]  CH 13
]  Judge Timothy A. Barnes
]
]
]
]
]

## MOTION FOR RELIEF & RELIEF FROM CO-DEBTOR STAY

Now comes U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust, secured creditor herein, by and through its attorneys, ANSELMO LINDBERG OLIVER LLC moves for an entry of the attached Order Granting Relief and for Relief from Co-Debtor Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. Section 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(G).

4. The debtor(s) filed a petition for relief under Chapter 13 on March 25, 2015.

5. U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust holds a mortgage secured by a lien on debtor(s) real estate commonly known as 1514 Revere Circle, Schaumburg, IL 60193.

6. Syed Muvsi signed the note and mortgage as a co-obligor.

7. There is no equity in this property, as its value is $145,000.00 (per Schedule A) and the balance due on the loan is $193,353.16. Debtor has a 50% interest in the property.

8. The loan is post-petition due for the 4/1/15 - 6/1/15 payment(s) in the amount of $1,415.18 each, for a total default of $4,245.54, not including attorney fees and costs for bringing this motion.

9. Per the Chapter 13 plan, the property is being surrendered.

10. Due to debtor(s) surrendering the property to creditor and debtor's failure to provide for timely payments, there is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. Section 362(d)(1).

11. The movant requests the Court order that Rule 4001 (a)(3) is not applicable.

**WHEREFORE,** Movant prays for the entry of the attached Order Granting Relief and for Relief from Co-Debtor Stay.

           U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust

           /s/ Crystal Sava
           One of its Attorneys

ANSELMO LINDBERG OLIVER LLC
1771 W. Diehl Road, Suite 120
Naperville, IL  60563-4947
630-453-6960   866-402-8661    630-428-4620 (fax)
**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**