UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | |
|---|---|
| BATOOL H. MUSVI | Case No. 15-10771 |
| | Chapter 13 |
| DEBTOR(S), | Judge Timothy A. Barnes |

## AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION

**IT IS HEREBY ORDERED:**

(1) That Debtor(s) are due for the _7/1/15_ through _7/1/15_ post-petition pre-confirmation mortgage payments to JPMorgan Chase Bank, National Association ("Creditor");

(2) The above-referenced default constitutes a breach of the terms of the plan that is being confirmed via separate order today;

(3) Creditor expressly does not waive its right to collect the above-referenced payments in a post-confirmation motion for relief from the automatic stay.

DATED: 13 JUL 2015

ENTER:

UNITED STATES BANKRUPTCY JUDGE

Attorney for Creditor                    Attorney for Debtor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C & A FILE (NO. 14-15-05614)**